## 21990. CURRIE v. THE STATE.

BROYLES, C. J. The defendant's conviction was amply authorized by the evidence, and the overruling of the motion for a new trial (based upon the usual general grounds only) was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*W. A. Dampier,* for plaintiff in error.
*J. A. Merritt, solicitor,* contra.

## 21992. MONDAY v. THE STATE.

LUKE, J. The positive and direct testimony of the State's witness authorized the verdict finding the accused guilty of carrying a concealed weapon as charged in the second count of the accusation; and the first count was withdrawn by the court from the consideration of the jury. The motion for a new trial, based on the usual general grounds only, was therefore properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*W. A. Dampier,* for plaintiff in error.
*J. A. Merritt, solicitor,* contra.

## 21993. GODFREY v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the court's refusal to grant the motion for a new trial (containing the usual general grounds only) was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*J. A. Drake,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.